UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ERGO BABY CARRIER, INC.,

                Plaintiff,

                -v.-

BUGABOO NORTH AMERICA, INC.;
ARTIPOPPE B.V.; and BUGABOO
INTERNATIONAL B.V.,

                Defendants.

26 Civ. 315 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Plaintiff filed this action on January 13, 2026.  (Dkt. #1).  It appears from the docket that Defendants still have not been served.  As such, the Court will dismiss this case without prejudice should Plaintiff fail to serve Defendants on or before **April 13, 2026**, which is 90-days after the filing of the Complaint, absent a showing of good cause.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." (emphasis added)).

    SO ORDERED.

Dated:  March 20, 2026
         New York, New York

                            KATHERINE POLK FAILLA
                            United States District Judge