**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE ERGO BABY CARRIER, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BUGABOO NORTH AMERICA, INC., BUGABOO INTERNATIONAL B.V., AND ARTIPOPPE B.V.,<br><br>*Defendants*. | Case No. 1:26-cv-00315-KPF<br><br>**JURY TRIAL DEMANDED**<br><br>**MEMO ENDORSED** |

**DEFENDANTS' NOTICE OF UNOPPOSED MOTION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659 PENDING FINAL RESOLUTION OF RELATED INTERNATIONAL TRADE COMMISSION INVESTIGATION**

Pursuant to 28 U.S.C. § 1659(a), Defendants Bugaboo North America, Inc. ("Bugaboo NA"), Bugaboo International B.V. ("Bugaboo Int'l"), and Artipoppe B.V. ("Artipoppe") (collectively, "Defendants") respectfully move for a mandatory stay of all proceedings in this action before the Honorable Judge Katherine Polk Failla pending final determination of a related Section 337 investigation before the U.S. International Trade Commission ("ITC" or "Commission"): *Certain Adjustable Child Carriers and Components Thereof*, Investigation No. 337-TA-1514 (the "Investigation"). Defendants have consulted with Plaintiff, The Ergo Baby Carrier, Inc., who is not opposed to the relief requested herein.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Clement Naples*
Clement Naples
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2516

Facsimile: (212) 225-3999
cnaples@cgsh.com

Sami Al-Marzoog (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
salmarzoog@cgsh.com

Attorneys for Defendants Bugaboo North America, Inc., Bugaboo International B.V., and Artipoppe B.V.

The Court has reviewed Defendants' unopposed motion for a mandatory stay in this action pending a final determination of the related Section 337 investigation before the U.S. International Trade Commission ("ITC"). (Dkt. #31). The related ITC proceeding is captioned, *Certain Adjustable Child Carriers and Components Thereof*, Investigation No. 337- TA-1514.

Pursuant to 28 U.S.C. § 1659(a), claims proceeding "[i]n a civil action" that concern "the same issues" and "parties" as a parallel ITC proceeding are subject to a mandatory stay. The respondent in the ITC proceeding must request a stay in the district court action within the later of (i) "30 days after the party is named as a respondent in the proceeding before the [ITC]," or (ii) "30 days after the district court action is filed." *Id.*

Here, Plaintiff The Ergo Baby Carrier, Inc. ("Ergobaby") filed a Complaint alleging patent infringement against Defendants Bugaboo North America, Inc., Bugaboo International B.V., and Artipoppe B.V. on January 13, 2026. (Dkt. #1). Approximately six months later, on June 22, 2026, Ergobaby filed a complaint with the ITC, asserting many of the same infringement claims against the same Defendants in this action, among other parties. The ITC published its Notice of Investigation naming the Defendants as respondents on July 22, 2026, and the Notice was published on July 27, 2026. Thus, Defendants are well within their 30-day window to request a stay. *See* 28 U.S.C. § 1659(a)(i). And both parties seem to agree that a stay is warranted, given that Defendants' motion is "unopposed."

Accordingly, the application is GRANTED. This case is hereby STAYED until the determination of the ITC becomes final. The parties shall provide the Court a status update on the ITC proceeding on or before **November 2, 2026**, or within one week of any material developments.

The Clerk of Court is directed to terminate the pending motion at docket entry 31.

SO ORDERED.

Dated: July 30, 2026 New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE